AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| CONNOR JUDD | ) |
| DOB: xx/xx/xxxx | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _June 22, 2020_ in the county of _____ in the _____ District of _Columbia_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willfully injures or commits depradation on property of United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☐ Continued on the attached sheet.

*Complainant's signature*

Carl R. Holmberg, Detective Sergeant, USPP
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 06/26/2020

*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, United States Magistrate
*Printed name and title*

Print | Save As... | Attach | Reset