UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NOS. 20-cr-117 (DLF) |
| : | 20-cr-135 (DLF) |
| v. : | |
| : | |
| GRAHAM LLOYD ET AL. : | |
| JASON CHARTER, : | |
| : | |
| : | |
| Defendants. : | |

**JOINT STATUS UPDATE**

At the last Status Hearing on June 22, 2021, the Court directed the parties to provide a Joint Status Report following negotiations on pre-trial dispositions and to file that Report by today. After much negotiation, the parties, that is each defendant and the government, have reached respective plea agreements in principle. The parties are now compiling respective plea paperwork for each defendant and will provide them to the Court in advance of a disposition hearing.

Due to the potential length of time of a joint disposition hearing for all defendants on August 16, 2021 (the date of the next Status hearing), the parties recommend that we can work with the Court's Courtroom Deputy to arrange individual disposition hearings. This may also lessen any burden or concern related to COVID-19 with an in-person court appearance for these hearings, should that be the Court's preference.

The government has relayed this Report to each counsel for the respective defendants and is authorized to file this as a joint filing.

1

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:     /s/ *Thomas G. Strong*

Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 4th Street, N.W., Room 4124
Washington, D.C. 20530
202-252-6685
Christopher.Berridge@usdoj.gov

Thomas G. Strong
Assistant United States Attorney
NY Bar No. 4958658
555 4th Street, N.W., Room 4110
Washington, DC 20530
(202) 252-7063
Thomas.Strong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on July 26, 2021.

By:  /s/ *Thomas G. Strong*
Thomas G. Strong
Assistant United States Attorney