UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No. 20-CR-117-4 (DLF) |
| | : | |
| **GRAHAM LLOYD,** | : | |
| **RYAN LANE,** | : | |
| **LEE MICHAEL CANTRELL,** | : | |
| **CONNOR JUDD,** | : | |
| **UZZIAH HAIRSTON,** | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM REGARDING DEFENDANT CONNOR JUDD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this supplemental to update its sentencing memoranda in this case regarding defendant Connor Judd.

For the reasons set forth in the Government's Sentencing Memorandum (ECF No. 110), the Government respectfully recommends that the Court impose a sentence to include: three years of probation; a $500 fine; and a $2,600 restitution payment to the United States Department of the Treasury.[1]

---

[1] The Government's Sentencing Memorandum originally recommended that the sentence in this case include a term of supervised release in error. As set forth above, the Government is not recommending a term of supervised release in this case. The Government has revised its recommendation regarding a fine accordingly.

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Thomas G. Strong*
        Christopher A. Berridge
        GA Bar No. 829103
        Thomas G. Strong
        NY Bar No. 4958658
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, DC 20530
        Christopher.Berridge@usdoj.gov
        (202) 252-6685
        Thomas.Strong@usdoj.gov
        (202) 252-7063

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on December 10, 2021.

                                            By:    */s/ Thomas G. Strong*
                                                        Thomas G. Strong
                                                        Assistant United States Attorney